



**MEMORANDUM OPINION**

No. 04-09-00208-CV

**IN THE INTEREST AND PROTECTION OF R.G.P.**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2009-MH-0862
Honorable Oscar J. Kazen, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
           Steven C. Hilbig, Justice
           Marialyn Barnard, Justice

Delivered and Filed:  May 20, 2009

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service to the Bexar County Criminal District Attorney's Office who has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(2).

PER CURIAM